# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00546-CV

**Drexel Evans, Appellant**

**v.**

**W&B Development, Ltd., Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 290,963-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Drexel Evans seeks to appeal a final judgment that was signed on March 21, 2013. Evans did not file his notice of appeal until August 26, 2015. *See* Tex. R. App. P. 26.1 (generally, notice of appeal in civil case must be filed within 30 days after judgment is signed).

On October 13, 2015, the Clerk of this Court sent a letter to Evans, stating that it appeared that his notice of appeal was not timely filed and, as a result, that we lacked jurisdiction over his appeal. *See* Tex. R. App. P. 25.1(b) (filing of notice of appeal invokes appellate jurisdiction). The Clerk requested that Evans provide proof to the Court that his notice of appeal was timely mailed. *See* Tex. R. App. P. 9.2(b). The Clerk also notified Evans that, if he did not respond by October 23, 2015, the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3. To date, Evans has not responded to the request. Accordingly, we dismiss the cause for want of jurisdiction. *See id*.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   December 15, 2015

2